## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

In re:                                              Case No. **10-15753-JPH**

**CHEEK, TIMOTHY L**                                Chapter 7
**CHEEK, DAWN M**

                                                    Judge: **Hopkins**

Debtor(s).

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $8.30 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Rumpke Waste Removal<br>10795 Hughes Road, Cincinnati, Ohio 45251 | 1 | 1.45 |
| Duke Energy Shared Services Inc.<br>POB 960-EF367, Cincinnati, Ohio 45273-9598 | 4 | 4.54 |
| TruGreen<br>4041 Thunderbird Lane, Fairfield, Ohio 45014 | 9 | 2.31 |

Dated:   8-1-11                              /s/ Harold Jarnicki
                                             Case Trustee

cc:    U.S. Trustee
       Rumpke Waste Removal
       Duke Energy Shared Services Inc.
       TruGreen